```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF ILLINOIS
                   EASTERN DIVISION
```

UNITED STATES OF AMERICA, ex rel.  )
GREGORY JOHNSON #B06569,           )
                                   )
                Petitioner,        )
                                   )
          v.                       )     No. 06 C 5352
                                   )
TERRY McCANN, Warden, Stateville   )
Correctional Center,               )
                                   )
                Respondent.        )

## MEMORANDUM ORDER

On April 11, 2008 this Court issued its Statement as to Certificate of Appealability, which not only (1) explained why this Court found that no certificate of appealability should issue in connection with the current appeal by pro se petitioner Gregory Johnson ("Johnson") but also (2) directed Johnson's attention to the fact that he had neither paid the required $455 in appellate filing fees nor moved to proceed on appeal in forma pauperis -- and as to the latter alternative, pointed out that, 28 U.S.C. § 1915(a)(2) would also require Johnson to file a printout covering all transactions in his prison trust fund account for the six-month period preceding his notice of appeal. Nearly two weeks have elapsed since that date, and this Court has heard nothing in response from Johnson.

This memorandum order directs Johnson to comply with one of the two alternatives identified in the preceding paragraph on or before May 8, 2008. If he fails to do so, this Court will report

the matter to the Court of Appeals so that it may consider whether the appeal should be dismissed for his failure either to pay the filing fee or to make acceptable arrangements for such payment in installments.

_____
Milton I. Shadur
Senior United States District Judge

Dated:     April 23, 2008